UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TABITHA NEWTON,

        Plaintiff,

-vs-                                                  Case No. 6:05-cv-604-Orl-18DAB

SUNTRUST BANK,

        Defendant.

___

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | MOTION FOR ATTORNEY FEES AND COSTS (Doc. No. 25) |
| **FILED:** | June 20, 2006 |
| **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. | |

*So ordered [signature] 23 Aug 06*

*G. KENDALL SHARP*
*U.S. DISTRICT JUDGE*

Plaintiff has filed no response to the motion, nor to the Court's Order to Show Cause why the motion should not be granted, as unopposed. Nonetheless, because Defendant has failed to set forth a sufficient legal basis for the imposition of attorney's fees, the Court recommends that the motion be DENIED, without prejudice to the Clerk's taxation of costs.

The Court granted summary judgment in Defendant's favor in this Family and Medical Leave Act case, and this motion for attorney's fees and costs timely followed. Defendant asserts that it is